Edward L. W. JONES, Appellant,

v.

E. C. ELLSWORTH, Jr., Warden, Montana State Prison, et al., Appellee.

No. 20096.

United States Court of Appeals Ninth Circuit.

Nov. 22, 1965.

Edward L. W. Jones, in pro. per.

Forrest H. Anderson, Atty. Gen. of Montana, Wm. G. Sternhagen, Asst. Atty. Gen. of Montana, Helena, Mont., for appellee.

Before CHAMBERS, POPE and DUNIWAY, Circuit Judges.

PER CURIAM.

The order of the district court dated April 14, 1965, denying petitioner's petition for a writ of habeas corpus is affirmed for the reasons and upon the authorities therein cited.

Elise McK. MORGAN, Edwin Morgan, Edwin and Elise McK. Morgan, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9966.

United States Court of Appeals Fourth Circuit.

Argued Nov. 2, 1965.

Decided Nov. 12, 1965.

Richard E. Thigpen, Jr., and Richard E. Thigpen, Charlotte, N. C. (Robert L. Hines, Charlotte, N. C., on brief), for petitioners.

Melva M. Graney, Atty., Dept. of Justice (Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson and Norman H. Wolfe, Attys., Dept. of Justice, on brief), for respondent.

Before BOREMAN, BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

We affirm on the opinion of the Tax Court.*

Affirmed.

* 42 T.C. 1080 (1964).